## BINGHAM v. STATE.

No. 22711.

Court of Criminal Appeals of Texas.

Jan. 12, 1944.

Aubrey Davee, of Brady, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The record is before us without bills of exception and without statement of fact. The procedure is regular. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.